Opinion issued February 9, 2017



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00914-CV

———————————

## LYMAN S. REED AND LYMAN S. REED FAMILY LIMITED PARTNERSHIP, Appellants

## V.

## BYRON H. DAVIS AND BHD LAND, INC., Appellees

On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Case No. 16-CV-0281

## MEMORANDUM OPINION

Appellants, Lyman S. Reed and Lyman S. Reed Family Limited Partnership, have filed a petition for permissive appeal seeking to challenge an interlocutory order granting a motion for partial summary judgment in favor of appellees, Byron H. Davis and BHD Land, Inc. *See* TEX. CIV. PRAC. & REM. CODE ANN.

§ 51.014(d) (West Supp. 2016); TEX. R. APP. P. 28.3.  To be entitled to a permissive appeal from an interlocutory order that would not otherwise be appealable, the requesting party must establish that (1) the order to be appealed involves a "controlling question of law as to which there is a substantial ground for difference of opinion" and (2) an immediate appeal from the order "may materially advance the ultimate termination of the litigation."  TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); *see* TEX. R. APP. P. 28.3(e)(4); TEX. R. CIV. P. 168.  The petition fails to establish that the order involves a controlling question of law as to which there is a substantial ground for a difference of opinion and an immediate appeal from the order may materially advance the ultimate termination of the litigation. *See* TEX. R. APP. P. 28.3(e)(4).  Accordingly, we deny the petition for permissive appeal.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.